# Exhibit B

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

`< Back`

**Today's Account Activity** March 17 2014

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4605877 | 55,875.79 |

*Generated March 17 2014 at 09:15:36*

546679

`< Back`

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to
change.
**citi**
Citi.com

Terms, conditions caveats and small
print
**Copyright © 2014 Citigroup Inc.**

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

‹ Back

**Today's Account Activity** June 11 2014

| Date | Description | Amount |
|------|-------------|--------|
| 06/11/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4689008 | 100,760.19 |

*Generated June 11 2014 at 08:38:07*

‹ Back

SS0131

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi com

Terms  conditions  caveats and small
print
Copyright © 2014 Citigroup Inc.



Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

< Back

**Today's Account Activity** September 03 2014

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4757555 | 63,420.91 |

Generated September 03 2014 at 08:42:45

< Back

SS3S7I

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com

Terms, conditions caveats and small print
Copyright © 2014 Citigroup Inc.

Main Menu > Balance and Information Reporting >

**Today's Account Activity**

Help

< Back

**Today's Account Activity** September 26 2014

| Date | Description | Credit |
|------|-------------|--------|
| 09/26/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4776043 | 72,329.55 |

*Generated September 26 2014 at 10:02:29*

< Back

551512

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com

Terms, conditions, caveats and small print
Copyright © 2014 Citigroup Inc.

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

< Back

**Today's Account Activity October 08 2014**

| Date | Description | Amount |
|------|-------------|--------|
| 10/08/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4783690 | 121,927.01 |

*Generated October 08 2014 at 08:36:25*

SS4977

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com

Terms, conditions, caveats and small print
Copyright © 2014 Citigroup Inc.

Main Menu > Balance and Information Reporting >     Help
**Today's Account Activity**

< Back

**Today's Account Activity December 05 2014**

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4834064 | 109,439.03 |

*Generated December 05 2014 at 09:48:43*

SSSS82

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Cati com

Terms & Conditions
Copyright © 2014 Citigroup Inc.

https://businessaccess.citibank.citigroup.com/cbusol/ba/actions/InforeportingAction.do     12/5/2014

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

< Back

**Today's Account Activity** December 05
2014

| Date | | Description | Amount |
|------|--|-------------|--------|
| | | | |
| | | | |
| 12/05/14 | | ACH PREAUTHORIZED CREDIT CYTEC 958 EDI PAYMNT 4834065 | (109,076.37) |

*Generated December 05 2014 at 09:48:43*

< Back

SS6212

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
**citi**
Citi.com

Terms & Conditions
Copyright © 2014 Citigroup Inc.

Main Menu > Balance and Information Reporting >                                    Help
**Today's Account Activity**

< Back

**Today's Account Activity** December 31
2014

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/14 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4851015 | 80,793.97 |

*Generated December 31 2014 at 07:48:31*

< Back

INV. # 558297

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi

Main Menu > Balance and Information Reporting >                          Help
**Today's Account Activity**

[ ‹ Back ]

**Today's Account Activity** January 23
2015

| Date | | Description | Amount |
|------|--|-------------|--------|
| | | | |
| 01/23/15 | | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 4878440 | 211,442.53 |

*Generated January 23 2015 at 09:33:13*

[ ‹ Back ]

SS9666

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Copyright © 2015 Citigroup Inc.

Main Menu > Balance and Information Reporting >                                Help
**Today's Account Activity**

`< Back`

| Today's Account Activity September 23 2015 Debits & Credits for Checking Account: ******1575 |
| --- |

| ▼Date▲ | ▼Description▲ | ▼Amount |
| --- | --- | --- |
| | | |
| 09/23/15 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5118991 | 213,059.66 |

*0572218.*

*Generated September 23 2015 at 08:55:19*

`< Back`

Bar Code Value : 82DACA5A0

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com

Terms & Conditions
Copyright © 2015 Citigroup Inc.

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

‹ Back

**Today's Account Activity** November 25 2015

Debits & Credits for Checking Account: ******1575

| ▼Date▲ | ▼Description▲ | ▼Amount |
|--------|---------------|---------|
| 11/25/15 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5185426 | 56,912.74 |



574431

Bar Code Value : AD88BA224

*Generated November 25 2015 at 09:18:01*

https://businessaccess.citibank.citigroup.com/cbusol/ba/actions/InforeportingAction.do     11/25/2015

Page 1 of 1

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

‹ Back

| Today's Account Activity March 30 2016 | | |
|---|---|---|
| Debits & Credits for Checking Account: | | |
| ******1575 | | |
| ▼Date▲ | ▼Description▲ | ▼Amount |
| | | |
| 03/30/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5325423 | 165,432.85 |

575946



Bar Code Value : 5298FF9F8

*Generated March 30 2016 at 09:13:48*

‹ Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com

Terms & Conditions
Copyright © 2016 Citigroup Inc.

Page 1 of 1

Main Menu > Balance and Information Reporting >                                    Help
**Today's Account Activity**

‹ Back

| Today's Account Activity March 30 2016 |
| Debits & Credits for Checking Account: |
| ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
|--------|---------------|---------|
|        |               |         |
| 03/30/16 | ACH PREAUTHORIZED CREDIT CYTEC 7959 EDI PAYMNT 5326421 | 183,194.74 |

577843



Bar Code Value : EDCD3B589

*Generated March 30 2016 at 09:13:48*

‹ Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi.com
                                                                    EQUAL HOUSING
                                                                    LENDER
                                                          Terms & Conditions
                                                    Copyright © 2016 Citigroup Inc.

Main Menu > Balance and Information Reporting >
**Today's Account Activity**

Help

`< Back`

| Today's Account Activity March 30 2016 | | |
|---|---|---|
| Debits & Credits for Checking Account: ******1575 | | |
| ▼Date▲ | ▼Description▲ | ▼Amount |
| | | |
| 03/30/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5325422 | 271,210.80 |

*578696*

Bar Code Value : E5CD802C6

*Generated March 30 2016 at 09:13:48*

`< Back`

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
cíti
Citi.com

Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu > Balance and Information Reporting >                                          Help
**Today's Account Activity**

[ ‹ Back ]

| Today's Account Activity April 20 2016 |
| Debits & Credits for Checking Account: |
| ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
|---|---|---|
|  |  |  |
| 04/20/16 | ACH PREAUTHORIZED CREDIT CYTEC 7959 EDI PAYMNT 5343669 | 386,124.90 |

*579919*

| Bar Code Value : 6BBC59E64 |

*Generated April 20 2016 at 09:20:16*

[ ‹ Back ]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com
Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu > Balance and Information Reporting >   Help

**Today's Account Activity**

[ < Back ]

| Today's Account Activity May 13 2016 |
| :--- |
| Debits & Credits for Checking Account: |
| ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
| :---: | :--- | ---: |
| | | |
| 05/13/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5384147 | 838,652.05 |

580969



Bar Code Value : 180A0E182

*Generated May 13 2016 at 10:28:53*

[ < Back ]

Main Menu>Balance and Information Reporting>                                 Help
**Today's Account Activity**

[ ‹ Back ]

| **Today's Account Activity August 12 2016** | | |
| --- | --- | --- |
| Debits & Credits for Checking Account: ******1575 | | |
| ▼Date▲ | ▼Description▲ | ▼Amount |



Bar Code Value : F88C6A2F6

| 08/12/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5442717 | 412,708.72 |

585 264

*Generated August 12 2016 at 10:15:30*

[ ‹ Back ]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
cfti
Citi.com


STANDARD LENDER
Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu>Balance and Information Reporting>                          Help

**Today's Account Activity**

[ < Back ]

| Today's Account Activity October 04 2016 |
|---|
| Debits & Credits for Checking Account: ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
|---|---|---|
| 10/04/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5485714 | 505,107.34 |

*587414*

Bar Code Value : 23E45CFC7

*Generated October 04 2016 at 11:17:08*

[ < Back ]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com

EQUAL HOUSING LENDER
Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu>Balance and Information Reporting>                                      Help
**Today's Account Activity**

[ < Back ]

| Today's Account Activity October 21 2018 | | |
| --- | --- | --- |
| Debits & Credits for Checking Account: ******1575 | | |
| ▼Date▲ | ▼Description▲ | ▼Amount |
| | | |
| 10/21/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5500226 | 780,403.13 |

582 336

Bar Code Value : 706ED0CF7

*Generated October 21 2016 at 10:45:05*

[ < Back ]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com

Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu>Balance and Information Reporting>                                    Help
**Today's Account Activity**

< Back

| Today's Account Activity October 21 2016 | | |
| --- | --- | --- |
| Debits & Credits for Checking Account: ******1575 | | |
| ▼Date▲ | ▼Description▲ | ▼Amount |
| | | |
| 10/21/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5500227 | 539,187.85 |

586415



Bar Code Value : ED1BB5083

*Generated October 21 2016 at 10:45:05*

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.
citi
Citi com
Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu>Balance and Information Reporting>                                    Help

**Today's Account Activity**

< Back

| Today's Account Activity November 22 2016 |
|---|
| Debits & Credits for Checking Account: ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
|---|---|---|
| 11/22/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5525125 | 723,685.56 |

*Generated November 22 2016 at 11:06:41*

< Back

583814



Bar Code Value : 386C8B817

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi com

Terms & Conditions
Copyright © 2016 Citigroup Inc

https://businessaccess.citibank.citigroup.com/cbusol/inforeporting/InforeportingAction.ac...   11/22/2016

Main Menu>Balance and Information Reporting>                                        Help
**Today's Account Activity**

< Back

| Today's Account Activity December 20 2016 |
| Debits & Credits for Checking Account: ******1575 |

| ▼Date▲ | ▼Description▲ | ▼Amount |
|---|---|---|
| 12/20/16 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5552548 | 588,754.30 |

*Generated December 20 2016 at 09:11:35*

< Back

588718



Bar Code Value : 4F849CF52

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com

Terms & Conditions
Copyright © 2016 Citigroup Inc.

Main Menu>Balance and Information Reporting>                                    Help
**Today's Account Activity**

| < Back |

| Today's Account Activity January 31 2017 |
| Debits & Credits for Checking Account: ******1575 |

| ▼ Date ▲ | ▼ Description ▲ | ▼ Amount |
| --- | --- | --- |
| 01/31/17 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5588396 | 526,471.97 |

*Generated January 31 2017 at 10:10:34*

| < Back |

590723



Bar Code Value : 107564823

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

cfti
Citi.com

Terms & Conditions
Copyright © 2017 Citigroup Inc.

**Today's Account Activity**

Help

< Back

Bar Code Value : 6867E3E08

**Today's Account Activity** February 21 2017
Debits & Credits for Checking Account:
******1575

| ▼Date▲ | | ▼Description▲ | ▼Amount▲ |
|---|---|---|---|
| 02/21/17 | | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5602673 | 646,186.23 |

*Generated February 21 2017 at 11:25:36*

< Back

592241

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com



EQUAL HOUSING
LENDER

Terms & Conditions
Copyright © 2017 Citigroup Inc.

Main Menu>Balance and Information Reporting>          Help
**Today's Account Activity**

< Back

| Today's Account Activity March 07 2017 Debits & Credits for Checking Account: ******1575 |
| --- |

| ▼Date▲ | ▼Description▲ | ▼Amount |
| --- | --- | --- |
| 03/07/17 | ACH PREAUTHORIZED CREDIT CYTEC 7958 EDI PAYMNT 5615420 | 692,490.11 |

*Generated March 07 2017 at 10:16:03*

< Back

593444



Bar Code Value : ED3F17FE2

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com

Terms & Conditions
Copyright © 2017 Citigroup Inc.

Treasury Information Report: EDI Payment Detail Report                    Page 1 of 3

**EDI Payment Detail**
As of 04/26/2017

Download As CSV          Print          Close

Currency: USD
Bank:                    WELLS FARGO BANK, N.A.
Account:                 SULLIVAN & CROMWELL
                                           LLP

## Payment Amount:
## 324,042.16

## Originator

| | |
|---|---|
| Entry Class: | CTX |
| Originator Company Name: | SOLVAY FINANCE |
| Originator Company ID: | 2760315292 |

Bar Code Value : 19BC88FC6

595458

## Receiver

| | |
|---|---|
| Transaction Type: | Credit |
| Entry Description: | PAYMENTS |
| Receiver Name: | SULLIVAN CROMWE |
| Receiver ID: | 6000022027 |

## Payment Detail

| | |
|---|---|
| Addenda Items: | 9 |
| Trace: | 021000026946170 |
| Settlement Date: | 04/26/2017 |
| Effective Date: | 04/26/2017 |

## Addenda Detail

### Remittance (BPR)

| | |
|---|---|
| Transaction Type: | PAYMENT ACCOMP REMIT |
| Payment Amount: | 324,042.16 |
| Credit/Debit: | C |
| Method: | ACH |
| Format: | CTX |
| Originator ID Type: | ABA T/R |
| Originator ID: | 021000021 |
| Originator Account Type: | DEMAND DEPOSIT |
| Originator Company ID: | 2760315292 |
| Receiver ID Type: | ABA T/R |
| Receiver ID: | 026012881 |
| Receiver Account Type: | DEMAND DEPOSIT |
| Effective Date: | 20170426 |

### Trace Number (TRN)

| | |
|---|---|
| Type: | CURRENT TRAN TRACE # |
| Trace: | 6000022027 |

### Currency (CUR)

| | |
|---|---|
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Description: | U.S. DOLLARS |
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Code Description: | U.S. DOLLARS |

### Reference ID (REF)

| | |
|---|---|
| Reference ID Type: | FINANCIAL DETAIL COD |
| Reference ID: | NA |
| Reference ID Type: | FINAN CLASSIF CODE |
| Reference Description: | US |
| Reference ID Type: | FILE IDENTIFIER |
| Reference ID: | NA |
| Reference ID Type: | TRACE NUMBER |
| Reference ID: | 021000026946170 |
| Reference Description: | ACH ASSIGNED TRACE NUMBER |

### Date/Time Reference (DTM)

| | |
|---|---|
| Date Description: | SETTLE DATE/ORIGINAT |
| Date: | 20170426 |

### Name (N1)

| | |
|---|---|
| Entity ID Type: | PAYER |
| Name: | CYTEC INDUSTRIES (US |
| Entity ID Type: | ORDERED BY |
| Name: | CYTEC INDUSTRIES (US |

### Additional Name Information (N2)

| | |
|---|---|
| Name: | US |

### Name (N1)

| | |
|---|---|
| Entity ID Type: | RECEIVING BANK |
| Name: | WELLS FARGO BANK NA NEW YORK |
| ID Type: | ID CODE |
| ID: | 026012881 |

### Additional Name Information (N2)

| | |
|---|---|
| Name: | NEW YORK US |

### Name (N1)

| | |
|---|---|
| Entity ID Type: | PAYEE |
| Name: | SULLIVAN CROMWELL |
| ID Type: | ID CODE |
| ID: | 5841584187 |

### Additional Name Information (N2)

| | |
|---|---|
| Name: | 125 BROAD STREET NEW YORK NY 10004 |
| Name: | .2400 |
| Name: | NA |

### Accounts Receivable Open Item Reference (RMR)

| | |
|---|---|
| Reference ID Type: | SELLER'S INVC NBR |
| Reference ID: | 0595458 |
| Amount Paid: | 324,042.16 |
| Invoice Amount: | 324,042.16 |
| Discount Amount: | 0.00 |

### Note/Special Instruction (NTE)

| | |
|---|---|
| Note Reference Type: | MUTUALLY DEFINED |
| Description: | CYTEC INDUSTRIES (US |

### Date/Time Reference (DTM)

| | |
|---|---|
| Date Description: | INVOICE DATE |
| Date: | 20170119 |

## Adjustment (ADX)

Adjustment Amount:  **0.00**
Adjustment Reason:  **MUTUALLY DEFINED**

Download As CSV          Print          Close



**WELLS FARGO**
EDI Payment Detail
As of 05/16/2017

Download As CSV          Print          Close

Currency: USD
Bank:                        WELLS FARGO BANK, N.A.
                             SULLIVAN & CROMWELL
Account:                              LLP

## Payment
## Amount:
## 606,433.70

Bar Code Value : 6E77EA479

## Originator
| | |
|---|---|
| Entry Class: | CTX |
| Originator Company Name: | SOLVAY FINANCE |
| Originator Company ID: | 2760315292 |

## Receiver
| | |
|---|---|
| Transaction Type: | Credit |
| Entry Description: | PAYMENTS |
| Receiver Name: | SULLIVAN CROMWE |
| Receiver ID: | 6000028009 |

## Payment Detail
| | |
|---|---|
| Addenda Items: | 10 |
| Trace: | 021000020486465 |
| Settlement Date: | 05/16/2017 |
| Effective Date: | 05/16/2017 |

*For: Inv. #'s 596710 & 597622*

## Addenda Detail
### Remittance (BPR)
| | |
|---|---|
| Transaction Type: | PAYMENT ACCOMP REMIT |
| Payment Amount: | 606,433.70 |
| Credit/Debit: | C |
| Method: | ACH |
| Format: | CTX |
| Originator ID Type: | ABA T/R |
| Originator ID: | 021000021 |
| Originator Account Type: | DEMAND DEPOSIT |
| Originator Account Number | |
| Originator Company ID: | 2760315292 |
| Receiver ID Type: | ABA T/R |
| Receiver ID: | 026012881 |
| Receiver Account Type: | DEMAND DEPOSIT |
| Receiver Account Number: | |
| Effective Date: | 20170516 |

### Trace Number (TRN)
| | |
|---|---|
| Type: | CURRENT TRAN TRACE # |
| Trace: | 6000028009 |

### Currency (CUR)
| | |
|---|---|
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Description: | U.S. DOLLARS |
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Code Description: | U.S. DOLLARS |

## Reference ID (REF)

| | |
|---|---|
| Reference ID Type: | FINANCIAL DETAIL COD |
| Reference ID: | NA |
| Reference ID Type: | FINAN CLASSIF CODE |
| Reference Description: | US |
| Reference ID Type: | FILE IDENTIFIER |
| Reference ID: | NA |
| Reference ID Type: | TRACE NUMBER |
| Reference ID: | 021000020486465 |
| Reference Description: | ACH ASSIGNED TRACE NUMBER |

## Date/Time Reference (DTM)

| | |
|---|---|
| Date Description: | SETTLE DATE/ORIGINAT |
| Date: | 20170516 |

## Name (N1)

| | |
|---|---|
| Entity ID Type: | PAYER |
| Name: | CYTEC INDUSTRIES (US |
| Entity ID Type: | ORDERED BY |
| Name: | CYTEC INDUSTRIES (US |

## Additional Name Information (N2)

| | |
|---|---|
| Name: | US |

## Name (N1)

| | |
|---|---|
| Entity ID Type: | RECEIVING BANK |
| Name: | WELLS FARGO BANK NA NEW YORK |
| ID Type: | ID CODE |
| ID: | 026012881 |

## Additional Name Information (N2)

| | |
|---|---|
| Name: | NEW YORK US |

## Name (N1)

| | |
|---|---|
| Entity ID Type: | PAYEE |
| Name: | SULLIVAN CROMWELL |
| ID Type: | ID CODE |
| ID: | 5841584187 |

## Additional Name Information (N2)

| | |
|---|---|
| Name: | 125 BROAD STREET NEW YORK NY 10004 |
| Name: | .2400 |
| Name: | NA |

## Accounts Receivable Open Item Reference (RMR)

| | |
|---|---|
| Reference ID Type: | SELLER'S INVC NBR |
| Reference ID: | 0596710 |
| Amount Paid: | 338,662.35 |
| Invoice Amount: | 338,662.35 |
| Discount Amount: | 0.00 |

## Note/Special Instruction (NTE)

| | |
|---|---|
| Note Reference Type: | MUTUALLY DEFINED |
| Description: | CYTEC INDUSTRIES (US |

## Date/Time Reference (DTM)

| | |
|---|---|
| Date Description: | INVOICE DATE |
| Date: | 20170224 |

Treasury Information Report: EDI Payment Detail Report                    Page 3 of 3

## Adjustment (ADX)

Adjustment Amount:  0.00
Adjustment Reason:   MUTUALLY DEFINED

## Accounts Receivable Open Item Reference (RMR)

Reference ID Type:           SELLER'S INVC NBR
Reference ID:                0597622
Amount Paid:                 267,771.35
Invoice Amount:              267,771.35
Discount Amount:             0.00

## Note/Special Instruction (NTE)

Note Reference Type: MUTUALLY DEFINED
Description:           CYTEC INDUSTRIES (US

## Date/Time Reference (DTM)

Date Description:     INVOICE DATE
Date:                 20170316

## Adjustment (ADX)

Adjustment Amount:  0.00
Adjustment Reason:   MUTUALLY DEFINED

        Download As CSV          Print        Close


**EDI Payment Detail**
As of 06/19/2017

Download As CSV          Print          Close

Currency: USD
Bank:                          WELLS FARGO BANK, N.A.
                               SULLIVAN & CROMWELL
Account                                        LLP

## Payment Amount:
## 27,276.54

Bar Code Value : 9127E6C12

### Originator
| | |
|---|---|
| Entry Class: | CTX |
| Originator Company Name: | SOLVAY FINANCE |
| Originator Company ID: | 2760315292 |

### Receiver
| | |
|---|---|
| Transaction Type: | Credit |
| Entry Description: | PAYMENTS |
| Receiver Name: | SULLIVAN CROMWE |
| Receiver ID: | 6000038051 |

### Payment Detail
| | |
|---|---|
| Addenda Items: | 9 |
| Trace: | 021000025412796 |
| Settlement Date: | 06/19/2017 |
| Effective Date: | 06/19/2017 |

*598663*

### Addenda Detail
#### Remittance (BPR)
| | |
|---|---|
| Transaction Type: | PAYMENT ACCOMP REMIT |
| Payment Amount: | 27,276.54 |
| Credit/Debit: | C |
| Method: | ACH |
| Format: | CTX |
| Originator ID Type: | ABA T/R |
| Originator ID: | 021000021 |
| Originator Account Type: | DEMAND DEPOSIT |
| Originator Account Numbe | |
| Originator Company ID: | 2760315292 |
| Receiver ID Type: | ABA T/R |
| Receiver ID: | 026012881 |
| Receiver Account Type: | DEMAND DEPOSIT |
| Receiver Account Number: | |
| Effective Date: | 20170619 |

#### Trace Number (TRN)
| | |
|---|---|
| Type: | CURRENT TRAN TRACE # |
| Trace: | 6000038051 |

#### Currency (CUR)
| | |
|---|---|
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Description: | U.S. DOLLARS |
| Party Type: | PAYEE CURRENCY |
| Currency Code: | USD |
| Currency Code Description: | U.S. DOLLARS |

## Reference ID (REF)

Reference ID Type:     **FINANCIAL DETAIL COD**
Reference ID:          **NA**
Reference ID Type:     **FINAN CLASSIF CODE**
Reference Description:**US**
Reference ID Type:     **FILE IDENTIFIER**
Reference ID:          **NA**
Reference ID Type:     **TRACE NUMBER**
Reference ID:          **021000025412796**
Reference Description:**ACH ASSIGNED TRACE NUMBER**

## Date/Time Reference (DTM)

Date Description:      **SETTLE DATE/ORIGINAT**
Date:                  **20170619**

## Name (N1)

Entity ID Type:        **PAYER**
Name:                  **CYTEC INDUSTRIES (US**
Entity ID Type:        **ORDERED BY**
Name:                  **CYTEC INDUSTRIES (US**

## Additional Name Information (N2)

Name:                  **US**

## Name (N1)

Entity ID Type:        **RECEIVING BANK**
Name:                  **WELLS FARGO BANK NA NEW YORK**
ID Type:               **ID CODE**
ID:                    **026012881**

## Additional Name Information (N2)

Name:                  **NEW YORK US**

## Name (N1)

Entity ID Type:        **PAYEE**
Name:                  **SULLIVAN CROMWELL**
ID Type:               **ID CODE**
ID:                    **5841584187**

## Additional Name Information (N2)

Name:                  **125 BROAD STREET NEW YORK NY 10004**
Name:                  **.2400 Etats-Unis**
Name:                  **NA**

## Accounts Receivable Open Item Reference (RMR)

Reference ID Type:     **SELLER'S INVC NBR**
Reference ID:          **0598663**
Amount Paid:           **27,276.54**
Invoice Amount:        **27,276.54**
Discount Amount:       **0.00**

## Note/Special Instruction (NTE)

Note Reference Type: **MUTUALLY DEFINED**
Description:          **CYTEC INDUSTRIES (US**

## Date/Time Reference (DTM)

Date Description:      **INVOICE DATE**
Date:                  **20170407**

## Adjustment (ADX)

Adjustment Amount:  **0.00**
Adjustment Reason:   **MUTUALLY DEFINED**

**Download As CSV**        **Print**        **Close**